1  Jeremy E. Shulman (#257582)
     jshulman@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN,
     CAMPBELL & TRYTTEN LLP
3  199 S. Los Robles Avenue, Suite 600
4  Pasadena, California  91101-2459
   Tel: (626) 535-1900 | Fax: (626) 577-7764
5
6  Attorneys for Defendant
   WELLS FARGO BANK, N.A., successor
7  by merger with Wells Fargo Bank
   Southwest, N.A., f/k/a Wachovia Mortgage,
8  FSB, f/k/a World Savings Bank, FSB,
   erroneously sued here as Wells Fargo Home
9  Mortgage ("Wells Fargo")
10

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| NAHID HOUMAN, an individual;<br><br>   Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., as Successor by Merger to Wachovia Mortgage, FSB, Formerly Known as World Savings Bank, FSB; WELLS FARGO HOME MORTGAGE; CAL-WESTERN RECONVEYANCE CORPORATION; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO, and DOES 1 to 10, inclusive;<br><br>   Defendants. | CASE NO.: 2:15-cv-8740<br><br>**NOTICE OF BANKRUPTCY AND PERMANENT INJUNCTION ENJOINING LEGAL ACTION AGAINST DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION** |

1  TO THE COURT, TO PLAINTIFF AND TO HER COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on June 25, 2013 (the "Petition Date"), defendant Cal-Western Reconveyance Corporation ("CWRC") filed a petition under Chapter 11 of the United States Bankruptcy Code in the Jointly Administered Bankruptcy of <u>In re Prommis Holdings, LLC, et al.</u>, United States Bankruptcy Court for the District of Delaware, Case No. 13-10551 (BLS) (the "Jointly Administered Bankruptcy Proceeding") (the Bankruptcy Petition of EC Closing Corp., formerly known as Cal-Western Reconveyance Corp., is attached here as Exhibit A.)

The automatic stay under 11 U.S.C. § 362 remained in effect through December 19, 2013.  On December 19, 2013 (the "Effective Date"), the United States Bankruptcy Court in the Jointly Administered Bankruptcy Proceeding entered an Order Approving the Disclosure Statement and Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' First Amended Plan of Liquidation under Chapter 11 of the Bankruptcy Code (the "Order Confirming the Chapter 11 Liquidation Plan").  Under the terms of the Order Confirming the Chapter 11 Liquidation Plan:

> as of the Effective Date, any Persons and Entities who have held, hold, or may hold Claims against or Interests in any or all of the Debtors [including CWRC], are <u>permanently enjoined</u>, on an after the Effective Date, from (a) commencing or continuing in any manner any action or other proceeding of any kind with respect to any such Claim or Interest, directly or indirectly, including indirect pursuit of any Claims against any Debtor by litigation or other claims against employees of any Debtor as of the Petition Date . . . .

(Order Confirming Chapter 11 Liquidation Plan, para. 26, at p. 19, emphasis added, a copy of which is attached here as Exhibit B.)

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

As of the Effective Date through the present, the continued prosecution of the instant action against CWRC is a direct violation of the permanent injunction contained in the Order Confirming the Chapter 11 Liquidation Plan.

Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued here as Wells Fargo Home Mortgage ("Wells Fargo"), is unaware of any request by plaintiff Nahid Houman to obtain relief from the automatic stay or the permanent injunction provided for in the Chapter 11 Liquidation Plan that would allow prosecution of the instant action against CWRC.

Respectfully submitted,

Dated: November 9, 2015

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: _____*/s/ Jeremy E. Shulman*_____
 Jeremy E. Shulman
 jshulman@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued here as Wells Fargo Home Mortgage

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF BANKRUPTCY AND PERMANENT INJUNCTION ENJOINING LEGAL ACTION AGAINST DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION**

on the interested parties in said case as follows:

**Served By Means Other Than the Court's CM/ECF System:**

*Attorneys for Plaintiff*
*Nahid Houman*

Juanita V. Miller, Esq.
LAW OFFICES OF JUANITA V. MILLER
14930 Ventura Boulevard, Suite 200
Sherman Oaks, CA 91403

Tel: 818-907-7406
Fax: 818-304-7125
email: Jvmesq@aol.com

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on November 9, 2015.

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |