Jeremy E. Shulman (# 257582)
  jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by
merger with Wells Fargo Bank Southwest, N.A.,
f/k/a Wachovia Mortgage, FSB, f/k/a World
Savings Bank, FSB, erroneously sued here
separately as Wells Fargo Home Mortgage
("Wells Fargo")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NAHID HOUMAN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., as Successor by Merger to Wachovia Mortgage, FSB, Formerly Known as World Savings Bank, FSB; WELLS FARGO HOME MORTGAGE; CAL-WESTERN RECONVEYANCE CORPORATION; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO, and DOES 1 to 10, inclusive;<br><br>Defendants. | CASE NO.: 2:15-cv-08740-AB-PLA<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT OF DISMISSAL**<br><br>*[Assigned to the Hon. Andre Birotte, Jr.]* |

**TO THE HONORABLE COURT, TO PLAINTIFF AND HER COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE** that defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued here separately as Wells Fargo Home Mortgage ("Wells Fargo") hereby lodges the [Proposed] Judgment of Dismissal, which is attached hereto.

Respectfully submitted,

Dated: February 8, 2016

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: ___*/s/ Jeremy E. Shulman*___
   Jeremy E. Shulman
   jshulman@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A.

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF LODGING OF [PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

**Served Via the Court's CM/ECF System**

*Attorneys for Plaintiff*
*Nahid Houman*

Juanita V. Miller, Esq.
LAW OFFICES OF JUANITA V. MILLER
14930 Ventura Boulevard, Suite 200
Sherman Oaks, CA 91403
Tel: 818-907-7406
Fax: 818-304-7125
email: Jvmesq@aol.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on February 8, 2016.

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |